UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUHAIR M. IBRAHIM,<br><br>              Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; *et al.*,<br><br>              Respondents. | CASE NO.   06cv2071-L (POR)<br><br>**ORDER SETTING STATUS CONFERENCE** |

On Monday, June 11, 2007 at 10:30 a.m. the court will hold a status conference regarding compliance with the order filed May 25, 2007.  Respondents shall appear through counsel and through representatives of the United States Citizen and Immigration Services and the Federal Bureau of Investigation, respectively, familiar with the status of Petitioner's Form I-485 application and with authority to direct the relevant agency to comply with the May 25, 2007 order.

**IT IS SO ORDERED.**

DATED: June 5, 2007

M. James Lorenz
United States District Court Judge

06cv2071

COPY TO:

Hon. Louisa S. Porter,
United States Magistrate Judge

All parties/counsel